In the Matter of the Estate of Gertrude MacDonald, Incompetent.

Jean MacDonald, Plaintiff-Appellant, v. La Salle National Bank, as Conservator of the Estate of Gertrude MacDonald, and Margaret B. Terrell, Public Guardian, as Conservator of the Person of Gertrude MacDonald, Defendants-Appellees.

Gen. No. 52,550.

First District.

September 22, 1969.

Jean MacDonald, pro se, of Evanston, appellant; Gregory A. Gelderman, of Chicago, for appellee. Opinion PER CURIAM. Not to be published in full.